# ELECTRONIC RECORD

773-15

COA # 07-13-00156-CR          OFFENSE: 22.02

STYLE: Ausbon Osborne v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 396th District Court

DATE: 05/29/2015          Publish: NO     TC CASE #:     1316584R

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ausbon Osborne v. The State of Texas          CCA #:          773-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 11/25/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD